## Margaret M. Reed, Appellee, v. Donald E. Reed, Appellant.

**Gen. No. 10,132.** 

opinion filed September 18, 1947; released for publication October 7, 1947. Francis J. Loughran, for appellant; Frank J. Jones, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.